UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DOUGLAS V. WILLIAMS,

      Plaintiff,

  v.

SANTOS LAMAS *et al*.,

      Defendants.

Case No. C08-5520RJB/JKA

ORDER TO PROVIDE SERVICE DOCUMENTS

This civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Plaintiff has provided one copy of the complaint for service. He names four defendants. Plaintiff will have until October 10, 2008, to provide three additional copies of the complaint.

The clerk's office is directed to send a copy of this order to plaintiff.

DATED this 10 day of September, 2008.

                            /S/ *J. Kelley Arnold*
                            J. Kelley Arnold
                            United States Magistrate Judge