# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

DEREK V. WILLIAMS,

        Plaintiff,

v.

SANTOS LAMAS, *et. al.,*

        Defendants.

No. 08-5520RJB/JRC

ORDER ADOPTING REPORT AND RECOMMENDAITON

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. 20);

(2) Defendant' Motion to Dismiss Plaintiff's Eighth Amendment claim is **GRANTED.** That claim is **DISMISSED WITH PREJUDICE** from this action for the reasons set forth in the Report and Recommendation (Dkt. 20).

(3) Plaintiff may **file an amended complaint** regarding his Fourteenth Amendment and Sixth Amendment claims within **thirty days** of this order being signed.

(4) Failure to file the amended complaint will result in dismissal of this action for failure to state a claim, failure to prosecute, and failure to comply with a Court Order.

ORDER ADOPTING REPORT AND RECOMMENDATION- 1

(5) The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants, and to the Hon. J. Richard Creatura.

DATED this 9th day of June, 2009.

/s/ Robert J. Bryan
ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 2