# United States District Court

WESTERN DISTRICT OF WASHINGTON

DEREK V. WILLIAMS

v.

SANTOS LAMAS, *et al.,*

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5520RJB/JRC

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation (Dkt. 23);

Plaintiff has failed to file an amended complaint when ordered to do so. This action is **DISMISSED WITH PREJUDICE** for failure to state a claim, failure to prosecute, and failure to comply with a court order; and

This dismissal counts as a strike pursuant to 28 U.S.C. 1915(g).

| August 18, 2009 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

　　　　　　　　　　　　　　　　　　　　　　*s/CM Gonzalez*
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk